IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                      PLAINTIFF

              v.                      Civil No. 05-3049

SHANNON PEARSON,
Patrol Officer, Berryville
Police Department                                                      DEFENDANT

## **ORDER**

Plaintiff's complaint was filed in this case on August 25, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Robert Sayres, complete and sign the attached addendum to his complaint, and return the same to the court **by October 7, 2005. Plaintiff is advised that should he fail to return the completed and executed addendum by October 7, 2005, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 9th day of September 2005.

                                                           /s/ Beverly Stites Jones
                                                           UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                              PLAINTIFF

v.                  Civil No. 05-3049

SHANNON PEARSON,
Patrol Officer, Berryville
Police Department                                       DEFENDANT

**ADDENDUM TO COMPLAINT**

TO: ROBERT SAYRES

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by October 7, 2005**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

      In your complaint, you allege Shannon Pearson has violated your constitutional rights by trying to keep you in trouble with the law and in jail. You state he has: had warrants put out for your arrest on bad checks in Carroll County; attempted to have you arrested for carrying a firearm because of a felony conviction; and has used you because he knows you are good at catching crooks. You also allege you were falsely imprisoned back in 1999.

      1. You are currently in the Arkansas Department of Correction. How long have you been

incarcerated?

Answer:

_____

_____

_____

2. You indicate you were falsely imprisoned in 1999. Have you been continuously incarcerated since 1999?

Answer:

_____

_____

_____

3. You indicate the three bad checks Pearson has tried to get you arrested on are from 1996. Please state: (a) when he attempted to get warrants on these checks; (b) whether any warrants were issued; (c) if warrants were issued state when they were issued; and (d) indicate whether you in fact wrote checks for which you had insufficient funds.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

4. You mention Pearson tried to get you arrested for being a felon in possession of a firearm. Please state: (a) when you were convicted of a felony; (b) when Pearson attempted to have you arrested for being a felon in possession of a firearm; (c) whether you were in fact arrested for being a felon in possession of a firearm; and (d) if you were not arrested, describe the steps Pearson took in an effort to have you arrested.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      5.    You have alleged you are falsely imprisoned. Please state: (a) what crime or crimes you are in prison for; (b) when you were convicted of this crime or crimes; (c) whether the conviction has been reversed, overturned, or been held invalid by a court of law; (d) if the conviction has been reversed, overturned, or been held invalid please state the date the ruling was made and provide the case name and the name of the court that made the ruling; and (e) describe in detail how you believe Pearson has kept you falsely imprisoned.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. In your complaint, you refer to a 1999 civil rights case you filed. You indicate it was filed in this district. However, you do not appear to have filed any actions in this district except the two you currently have pending. Are you referring to Sayres v. Crook, 5:99-cv-00142, a civil rights case you filed in the Eastern District of Arkansas on March 30, 1999?

Answer: Yes _____ No _____.

If you answered no, please state what case you are referring to. In answering be specific. State when the case was filed, what type of case it was, what court it was filed in, and who were the named defendants.

_____

_____

_____

_____

_____

_____

      7. You also mention pay you were promised in the Seslar case by the Berryville Police Department. Are you referring to Thomas Robert Seslar, Jr.?

      Answer: Yes _____ No _____.

      If you answered yes, please state whether you helped secure evidence against him in the criminal case filed against him in the Harrison Division of the Western District of Arkansas, United States v. Seslar, Cr. No. 95-30002-01. If you helped secure evidence against him in some other criminal case, please state what the criminal charges were, when Seslar was convicted, and what court the charges were pending in.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state who you are referring to and provide details about the criminal case you assisted in obtaining evidence in.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
ROBERT SAYRES

_____
DATE