## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

ROBERT SAYRES                                           PLAINTIFF

v.             Civil No. 05-3049

SHANNON PEARSON, Patrol
Officer, Berryville Police
Department                                      DEFENDANT

### O R D E R

Now on this 1st day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #10), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed.**

**IT IS SO ORDERED.**

                                      **/s/ Jimm Larry Hendren**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**